[No. 10182-3-II.  Division Two.  September 12, 1988.]

JULIE DARNEILLE, *Appellant,* v. THE DEPARTMENT OF EMPLOYMENT SECURITY, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 85-2-01730-4, Richard A. Strophy, J., entered June 30, 1986. *Reversed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Alexander, J.

[No. 10628-1-II.  Division Two.  September 13, 1988.]

MARJORIE WILKERSON, *Appellant,* v. BESAW CARPET COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-2-06174-5, Robert H. Peterson, J., entered December 5, 1986. *Reversed* by unpublished opinion per Alexander, A.C.J., concurred in by Petrich and Worswick, JJ.

[No. 10691-4-II.  Division Two.  September 13, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CORY ADAM WHITE, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 86-1-00472-3, Milton R. Cox, J., entered January 23, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Alexander, J.